UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,           )<br>v.                            )<br>                              )<br>TIFFANI EFHAN,                )<br>                              )<br>         Defendant.           ) | Case No. 2:13CR00396-KJM-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIFFANI EFHAN , Case No.  2:13CR00396-KJM-2 , Charge  21USC § 841(a)(1), 856 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    ✔    Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)        Pretrial conditions as stated on the record.

The defendant shall be released on 12/19/2013 @ 9:00 a.m. to Pretrial Services

Issued at  Sacramento, CA  on  December 18, 2013  at  3:17 pm  .

                                                    By   /s/ Allison Claire/s/ Allison Claire
                                                         Allison Claire
                                                         United States Magistrate Judge

Copy 2 - Court