Dustin D. Johnson (SBN: 234008)
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070

Attorney for Tiffani Efhan

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR 13 – 396 KJM |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| | ) |
| TIFFANI EFHAN, | ) |
| Defendant. | ) |
| ================================) | Judge: Hon. Dale A. Drozd |

   Defendant TIFFANI EFHAN, through her attorney, Dustin D. Johnson, respectfully requests this Court to issue an order permitting her to reside with her mother.

   Pre-trial services officer Steven Sheehan has concluded that it is more beneficial for the defendant Tiffani Efhan to reside with her mother, Vikki Daro, in Sacramento, California, instead of with her father in Elk Grove, California upon completion of the residential treatment program at the Effort. We are jointly requesting that condition #18 be modified to the following:

   #18.   Upon completion of the residential program you shall reside with your mother in Sacramento, California.

   The Government through its attorney, AUSA Olowoyeye, does not oppose this request.

   For the foregoing reasons, and any others that may appear to the court, it is respectfully requested that an order be issued permitting Ms. Efhan to live with her mother in Sacramento, California.

Dated:  March 20, 2014                                      Respectfully submitted,

                                                                              /s/ Dustin D. Johnson_____
                                                                              DUSTIN D. JOHNSON
                                                                              Attorney for Ms. Efhan

////
////

-1-

-2-

| | |
|---|---|
| 1  Dated:  March 20, 2014 | BENJAMIN WAGNER |
| 2 | United States Attorney |
| 3 | /s/ Olusere Olowoyeye (approved via email) |
|   | OLUSERE OLOWOYEYE |
| 4 | Assistant U.S. Attorney |

-2-

Dustin D. Johnson (SBN: 234008)
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070

Attorney for Tiffani Efhan

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-13-396 KJM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TIFFANI EFHAN, | ) | |
| Defendant. | ) | |
| ============================ | ) | |

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Tiffani Efhan are modified in the following manner:

#18.   Upon completion of the residential program Tiffani Efhan shall reside with her mother, Vikki Daro, in Sacramento, California

Dated:  March 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Efhan0396.stipo.modify.cor.doc

−3−