Dustin D. Johnson (SBN: 234008)
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070

Attorney for Tiffani Efhan

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR 13 – 396 KJM |
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
|  | ) |
| TIFFANI EFHAN, | ) |
| Defendant. | ) |
| ================================) | Judge: Hon. Carolyn K. Delaney |

    Defendant TIFFANI EFHAN, through her attorney, Dustin D. Johnson, respectfully requests this Court to modify her pre-trial release conditions imposed in December 2013 be modified to remove the electronic monitoring condition. An amended set of pretrial conditions provided by the Pretrial Services Office is attached and the parties request that the court impose them. The Pretrial Services Office has indicated that Ms. Efhan has been fully compliant with her release with no violations. She has not violated her curfew, has been participating in the MRT program, randomly drug testing, participating in substance abuse counseling, checking in telephonically each week and has been contacted at her home each month. The Pretrial Services Office has requested that the parties file this stipulation requesting that her electronic monitoring condition be removed.

    The Government through its attorney, AUSA Olowoyeye, does not oppose this request.

    A proposed order is attached for the Court's convenience.

Dated:  July 15, 2014                Respectfully submitted,

                                       /s/ Dustin D. Johnson
                                       DUSTIN D. JOHNSON
                                       Attorney for Ms. Efhan

////
////

Dated: July 15, 2014            BENJAMIN WAGNER
United States Attorney

/s/ Olusere Olowoyeye (approved via email)
OLUSERE OLOWOYEYE
Assistant U.S. Attorney

1  Dustin D. Johnson (SBN: 234008)
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070

4  Attorney for Tiffani Efhan

5

6              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,     ) No. CR-13-396 KJM
                  Plaintiff,          )
9                                     ) (Proposed) ORDER
        v.                            )
10                                    )
   TIFFANI EFHAN,                     )
11                Defendant.          ) Judge: Hon. Carolyn K. Delaney
   ============================)
12
13      IT IS HEREBY ORDERED that the electronic monitoring condition previously imposed is hereby

14  removed. The attached conditions of supervised release are imposed.

15

16  Dated:  July 17, 2014
17                                          _____
                                            CAROLYN K. DELANEY
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

−3−