IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 2:13-cr-00396-KJM-2 |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| TIFFANI EFHAN, | |
| Defendant. | |

The court appointed the Federal Defender to represent the defendant on June 4, 2019. The Federal Defender has determined this case should be paneled due to workload. David M. Garland is hereby appointed effective June 6, 2019, the date the Office of the Federal Defender contacted them.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 6/7/2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge